■ 487 ELMWOOD, INC., Respondent, v WILLIAM D. HASSETT, JR., et al., Defendants, and McDONALD'S CORPORATION, et al., Appellants. (Appeal No. 2.)—Judgment unanimously affirmed without costs. Same memorandum as in *487 Elmwood v Hassett* ([appeal No. 1] 161 AD2d 1170 [decided herewith]). (Appeal from judgment of Supreme Court, Erie County, Dillon, J. —partial eviction.) Present—Callahan, J. P., Doerr, Boomer, Green and Davis, JJ.